**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Selvin Rubelsy Perez-Roblero**<br>YOB: 2000; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-04784MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 31, 2020, at or near Arivaca, in the District of Arizona, **Selvin Rubelsy Perez-Roblero**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on January 29, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Selvin Rubelsy Perez-Roblero** is a citizen of Guatemala. On January 29, 2020, **Selvin Rubelsy Perez-Roblero** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On July 31, 2020, agents found **Selvin Rubelsy Perez-Roblero** in the United States at or near Arivaca, Arizona, without the proper immigration documents. **Selvin Rubelsy Perez-Roblero** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup> | DATE<br>August 3, 2020 |

<sup>1)</sup> See Federal rules of Criminal Procedure Rules 3, 4.1, and 54